IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

| | |
|---|---|
| Kimberly Gray, <br><br> Plaintiff, <br> v. <br><br> Professional Credit Management, Inc.; and DOES 1-10, inclusive, <br><br> Defendant. | Civil Action No.: 1:14-cv-00149-JM |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed against Professional Credit Management, Inc. with prejudice and without costs to any party.

**DATED:** April 24, 2015

| Kimberly Gray | Professional Credit Management, Inc. |
|---|---|
| /s/ *Sergei Lemberg* <br> Sergei Lemberg, Esq. <br> LEMBERG LAW, LLC <br> 1100 Summer Street, 3rd Floor <br> Stamford, CT  06905 <br> (203) 653-2250 <br> Attorney for Plaintiff | /s/ *R. Bryant Marshall* <br> R. Bryant Marshall <br> R. Bryant Marshall, Attorney, PLC <br> P.O. Box 4034 <br> Jonesboro, Arkansas 72403 <br> Phone: (870) 932-8137 <br> Attorney for Defendant |

_____
SO ORDERED

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 24, 2015, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the Eastern District of Arkansas Electronic Document Filing System (ECF), which sent notice of such filing to the following parties:

R. Bryant Marshall  
R. Bryant Marshall, Attorney, PLC  
P.O. Box 4034  
Jonesboro, Arkansas 72403  
*Attorney for Defendant*

                                              By /s/ Sergei Lemberg  
                                                  Sergei Lemberg